No. 502. EL PUEBLO v. JIMÉNEZ.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en diciembre 11, 1912. Confirmada la sentencia apelada. Abogado del Pueblo: Sr. Charles E. Foote, Fiscal. Abogado del acusado: Sr. Francisco Socorro.

No. 503. EL PUEBLO v. TIBENS.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en diciembre 11, 1912. Confirmada la sentencia apelada. Abogado del Pueblo: Sr. Charles E. Foote, Fiscal. El acusado no compareció.

No. 504. EL PUEBLO v. HERNÁNDEZ.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en diciembre 13, 1912. Confirmada la sentencia apelada. Abogado del Pueblo: Sr. Charles E. Foote, Fiscal. Abogado del acusado: Sr. Manuel Benítez Flores.

No. 367. EX PARTE GARCÍA.—Solicitud de Juan García Ducós para que se apruebe la fianza notarial prestada por la National Surety Company a favor del Pueblo de Puerto Rico en diciembre 16, 1912. Resuelto en diciembre 17, 1912. Aprobada la fianza. El peticionario compareció en nombre propio.

No. 507. EL PUEBLO v. CALDERÓN.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en diciembre 18, 1912. Confirmada la sentencia apelada. Abogado del Pueblo: Sr. Charles E. Foote, Fiscal. El acusado no compareció.